**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JASON ROLAND MCGEE,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No: 6:17-cv-906-Orl-40KRS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Complaint (Doc. 1) filed on May 19, 2017, in which Plaintiff seeks review of the final decision of the Commissioner of Social Security's denial of her claim for social security benefits. The United States Magistrate Judge has submitted a report recommending that the final decision of the Commissioner be reversed and the case be remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 6, 2018 (Doc. 20), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner's final decision is **REVERSED** and the case is **REMANDED** for further proceedings.

3. The Clerk is **DIRECTED** to enter a judgment consistent with this Order and is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 22, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties